1   Richard G. Grotch, Esq. – SBN 127713
    Gina J. Beltramo, Esq. – SBN 203809
2   **CODDINGTON, HICKS & DANFORTH**
    **A Professional Corporation, Lawyers**
3   555 Twin Dolphin Drive, Suite 300
    Redwood City, California 94065-2133
4   Telephone: (650) 592-5400
    Facsimile:   (650) 592-5027
5   E-mail: rgrotch@chdlawyers.com

6   **ATTORNEYS FOR** Defendant
    UNITED AIRLINES, INC.
7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  RYAN SHANKAR,                          Case No. CV 13-1490 NC

12              Plaintiff,
                                           STIPULATION CONTINUING CASE
13  vs.                                    MANAGEMENT CONFERENCE AND
                                           RELATED DATES AND ORDER
14  UNITED STATES DEPARTMENT OF            [Civ. L.R. 6-2(a), 7-12]
    HOMELAND SECURITY;
15  TRANSPORTATION SECURITY
    ADMINISTRATION and UNITED              Honorable Nathanael Cousins
16  AIRLINES CORPORATION, a                United States Magistrate Judge
    Delaware Corporation doing business in
17  the State California; and DOES 1-10,
    inclusive,
18
                Defendants.
19

20          IT IS HEREBY STIPULATED, by and between plaintiff RYAN SHANKAR

21  ("Shankar"), and defendant UNITED AIRLINES, INC. ("United"), erroneously sued

22  herein as United Airlines Corporation, in accordance with Civil Local Rules 6-2(a) and 7-

23  12, by and through their respective counsel, that the Court be asked to continue the

24  following dates:

25

26  ///

27  ///

28  ///

**CODDINGTON, HICKS**
**& DANFORTH**
**A Professional Corp., Lawyers**
555 Twin Dolphin Drive, #300
Redwood City, CA  94065
(650) 592-5400

                                        1
STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT

1.    The last day to file the Rule 26(f) Report, complete initial disclosures or state

objections in the Rule 26(f) Report, and to file the Joint Case Management Statement, be

continued from June 26, 2013 to **August 28, 2013**; and remaining parties to file consent/declination;

2.    The Case Management Conference presently scheduled for July 3, 2013 be

continued to **September 4, 2013**, at 1:00 p.m.

The good cause for this request is explained in the accompanying Declaration of

Richard G. Grotch.

IT IS SO STIPULATED.

Dated:  June 17, 2013                      LAW OFFICES OF ANDREA M. TYTELL

/s/ *Andrea M. Tytell*

By:_____
       Andrea M. Tytell
       Attorney for Plaintiff
       Ryan Shankar

Dated:  June 17, 2013                      CODDINGTON, HICKS & DANFORTH

/s/ *Richard G. Grotch*

By:_____
       Richard G. Grotch(*)
       Attorney for Defendant
       United Airlines, Inc.

(*)    I hereby attest that I have on file all
Holographic signatures indicated by a
"conformed" signature (/s/) within
this e-filed document.

///

///

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA  94065
(650) 592-5400

2
STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   June __19__, 2013



GRANTED

Judge Nathanael M. Cousins

3

STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA  94065
(650) 592-5400