Richard G. Grotch, Esq. – SBN 127713
Gina J. Beltramo, Esq. – SBN 203809
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Telephone: (650) 592-5400
Facsimile:   (650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SHANKAR,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TRANSPORTATION SECURITY ADMINISTRATION and UNITED AIRLINES CORPORATION, a Delaware Corporation doing business in the State California; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 13-1490 NC<br><br>STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES AND ORDER<br>[Civ. L.R. 6-2(a), 7-12]<br><br>Honorable Nathanael Cousins<br>United States Magistrate Judge |

IT IS HEREBY STIPULATED, by and between plaintiff RYAN SHANKAR ("Shankar"), and defendant UNITED AIRLINES, INC. ("United"), erroneously sued herein as United Airlines Corporation, in accordance with Civil Local Rules 6-2(a) and 7-12, by and through their respective counsel, that the Court be asked to continue the following dates:

///

///

---

1

STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT

1.	The last day to file the Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and to file the Joint Case Management Statement, be continued from June 26, 2013 to **August 28, 2013**; and remaining parties to file consent/declination;

2.	The Case Management Conference presently scheduled for July 3, 2013 be continued to **September 4, 2013**, at 1:00 p.m.

The good cause for this request is explained in the accompanying Declaration of Richard G. Grotch.

IT IS SO STIPULATED.

Dated:  June 17, 2013                          LAW OFFICES OF ANDREA M. TYTELL

/s/ *Andrea M. Tytell*

By:_____
    Andrea M. Tytell
    Attorney for Plaintiff
    Ryan Shankar

Dated:  June 17, 2013                          CODDINGTON, HICKS & DANFORTH

/s/ *Richard G. Grotch*

By:_____
    Richard G. Grotch(*)
    Attorney for Defendant
    United Airlines, Inc.

(*)	I hereby attest that I have on file all Holographic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

///

///

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA  94065
(650) 592-5400

2
STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June  19, 2013



_____
Honorable Nathanael Cousins
United States Magistrate Judge

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

3
STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT