UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAU, ) | |
| ) | |
| Plaintiff(s), ) | No. C11-1940 MEJ |
| ) | |
| v. ) | |
| ) | |
| MERCEDES BENZ USA,LLC, et al., ) | **ORDER REFERRING CASE TO** |
| ) | **SETTLEMENT CONFERENCE** |
| Defendant(s). ) | |

**IT IS HEREBY ORDERED** that this case is referred to a random Magistrate Judge to conduct a settlement conference prior to January 1, 2014. The parties shall be notified by chambers of the assigned Magistrate Judge of the time and place of the Settlement Conference.

Dated:  October 29, 2013

_____
Maria-Elena James
United States Magistrate Judge

1