UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAU, | ) |
| Plaintiff(s), | ) No. C11-1940 MEJ |
| v. | ) |
| MERCEDES BENZ USA,LLC, et al., | ) **ORDER REFERRING CASE TO** |
| Defendant(s). | ) **SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that this case is referred to a random Magistrate Judge to conduct a settlement conference prior to January 1, 2014.  The parties shall be notified by chambers of the assigned Magistrate Judge of the time and place of the Settlement Conference.

Dated:  October 29, 2013

_____
Maria-Elena James
United States Magistrate Judge

1