1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

8
9
10
11

RYAN SHANKAR, a Conserved Adult, by
and through his father and Conservator,
VISHNU SHANKAR,

             Plaintiff,

      v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,

             Defendants.

Case No. 13-cv-01490 NC

**ORDER TO FILE A COPY OF
PETITION**

12
13
14
15
16
17
18

The Court previously ordered plaintiff's counsel to file in this Court a copy of the

petition for settlement approval filed in state court.  Dkt. No. 61.  On May 5, 2014,

plaintiff's counsel filed a report on the status of the state court settlement approval, but

only attached a copy of the "face page" of the petition for approval.  Dkt. No. 68.  By May

19, 2014, plaintiff's counsel must file either a copy of the complete petition, or a motion

under Local Civil Rule 79-5 to file the petition, or portions of it, under seal.  Plaintiff's

counsel must file a further report on the status of the settlement approval by June 9, 2014.

     IT IS SO ORDERED.

     Date: May 6, 2014

19
20
21
22
23
24
25
26
27
28

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-01490 NC
ORDER TO FILE A COPY OF
PETITION